AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bade, Bridget S. | U.S. District Court, Arizona | 4/23/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 321
Phoenix, Arizona 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 (revocable trust) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/23/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

**☑** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

**☐** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-Employed Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**☑** NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  (H) ACCOUNTS | | | | | | | | | |
| 2.  Arizona Central Credit Union | A | Interest | L | T | | | | | |
| 3.  (H) BSB ROTH IRA - BAIRD | | | | | | | | | |
| 4.  ACSYX - Invesco Cocmstock Fund | A | Dividend | J | T | | | | | |
| 5. | A | Distribution | | | | | | | |
| 6.  MQLFX - MFS Limited Maturity Fund | A | Dividend | J | T | | | | | |
| 7.  (H) TWB ROTH IRA - BAIRD | | | | | | | | | |
| 8.  NYVCX - Davis NY Venture Fund | A | Dividend | J | T | | | | | |
| 9. | A | Distribution | | | | | | | |
| 10.  MQLFX - MFS Limited Maturity Fund | A | Dividend | J | T | | | | | |
| 11.  (H) MNB COVERDELL ESA - BAIRD | | | | | | | | | |
| 12.  NYVCX - Davis NY Venture Fund | A | Dividend | K | T | | | | | |
| 13. | C | Distribution | | | | | | | |
| 14.  (H) BSB ROLLOVER IRA - BAIRD | | | | | | | | | |
| 15.  Baird Money Market Account | A | Interest | J | T | | | | | |
| 16.  C common stock | A | Dividend | J | T | | | | | |
| 17.  ESRX common stock | | None | | | Merged (with line 18) | 12/24/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CI common stock (ESRX merged with CI on 12/24/18 | | None | J | T | | | | | |
| 19. GE common stock | A | Dividend | J | T | | | | | |
| 20. HD common stock | A | Dividend | K | T | | | | | |
| 21. MRK common stock | A | Dividend | J | T | | | | | |
| 22. MSFT common stock | A | Dividend | K | T | | | | | |
| 23. PG common stock | A | Dividend | J | T | | | | | |
| 24. XCEL common stock | A | Dividend | K | T | | | | | |
| 25. (H) TWB ROLLOVER IRA - BAIRD | | | | | | | | | |
| 26. Baird Money Market Account | A | Interest | J | T | | | | | |
| 27. MO common stock | A | Dividend | J | T | | | | | |
| 28. BAC common stock | A | Dividend | J | T | | | | | |
| 29. C common stock | A | Dividend | J | T | | | | | |
| 30. CSCO common stock | A | Dividend | K | T | | | | | |
| 31. COP common stock | A | Dividend | K | T | | | | | |
| 32. GE common stock | A | Dividend | J | T | | | | | |
| 33. INTC common stock | A | Dividend | J | T | | | | | |
| 34. JPM common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JNJ common stock | A | Dividend | K | T | | | | | |
| 36. KHC common stock | A | Dividend | J | T | | | | | |
| 37. MRK common stock | A | Dividend | J | T | | | | | |
| 38. MSFT common stock | A | Dividend | J | T | | | | | |
| 39. MDLZ common stock | A | Dividend | J | T | | | | | |
| 40. PM common stock | B | Dividend | K | T | | | | | |
| 41. PFE common stock | A | Dividend | J | T | | | | | |
| 42. PSX common stock | A | Dividend | J | T | | | | | |
| 43. DBO - Powershares DB Multi Sector Commodity Trust Oil Fund | A | Distribution | J | T | | | | | |
| 44. XCEL common stock | A | Dividend | J | T | | | | | |
| 45. BSPAX - iShares S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 46. | A | Distribution | | | | | | | |
| 47. (H) BSB ROLLOVER IRA - BEACON POINTE | | | | | | | | | |
| 48. FDIC Insured Deposit Account - Cash | A | Interest | J | T | | | | | |
| 49. IWB - iShares Russell 1000 Index Fund | A | Dividend | K | T | | | | | |
| 50. CHDVX - Cullen Value High Dividend Equity Fund | A | Dividend | K | T | Buy (add'l) | 12/13/18 | J | | |
| 51. | C | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  SGIIX - First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 53. | B | Distribution | | | | | | | |
| 54.  SDRIX - Swan Defined Risk Fund | A | Dividend | K | T | | | | | |
| 55.  GE common stock | A | Dividend | J | T | | | | | |
| 56.  GS common stock | A | Dividend | J | T | | | | | |
| 57.  BSIIX - BlackRock Strategic Income Opps Instl Fund | A | Dividend | K | T | | | | | |
| 58.  DHSCX - Diamond Hill Small Cap Fund | | None | | | Sold | 01/09/18 | J | A | |
| 59.  BPRIX - BP L/S Research Instl Fund | | None | | | Sold | 01/09/18 | J | A | |
| 60.  HAVLX - Harbor Large Cap Value Fund | A | Dividend | K | T | Buy | 01/09/18 | K | | |
| 61. | A | Distribution | | | | | | | |
| 62.  (H) TRUST #1 - BEACON POINTE (formerly joint tenant account) | | | | | | | | | |
| 63.  FDIC Insured Deposit Account - Cash | A | Interest | J | T | | | | | |
| 64.  SGIIX - First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 65. | A | Distribution | | | | | | | |
| 66.  SDRIX - Swan Defined Risk Fund | A | Dividend | K | T | Buy (add'l) | 05/31/18 | J | | |
| 67. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 68.  DHSCX - Diamond Hill Small Cap Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Distribution | | | | | | | |
| 70. BAC common stock | A | Dividend | J | T | | | | | |
| 71. AEPFX - American Funds Europacific Growth Fund | A | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 72. | | | | | Sold | 12/13/18 | K | A | |
| 73. HILVX - Harbor Large Cap Value Fund | A | Dividend | J | T | Buy | 05/31/18 | J | | |
| 74. | A | Distribution | | | | | | | |
| 75. IEFA - iShares Core MSCI EAFE ETF | | None | K | T | Buy | 12/13/18 | K | | |
| 76. (H) TWB ROLLOVER IRA - BEACON POINTE | | | | | | | | | |
| 77. FDIC Insured Deposit Account - Cash | A | Interest | J | T | | | | | |
| 78. GS common stock | A | Dividend | J | T | | | | | |
| 79. DHSIX - Diamond Hill Small Cap Fund | A | Dividend | K | T | | | | | |
| 80. | B | Distribution | | | | | | | |
| 81. BSIIX - BlackRock Strategic Income Opps Instl Fund | A | Dividend | L | T | Buy (add'l) | 05/31/18 | K | | |
| 82. MWTRX - Metropolitan West Total Return Bond Fund | A | Dividend | | | Sold | 05/31/18 | K | A | |
| 83. FPACX - FPA Crescent Fund | A | Dividend | J | T | | | | | |
| 84. | A | Distribution | | | | | | | |
| 85. SDRIX - Swan Defined Risk Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BPRIX - BP L/S Research Instl Fundv | | None | | | Sold | 01/09/18 | K | A | |
| 87. ODVYX - Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 88. CHDEX - Cullen High Dividend Equity Retail Fund | | None | | | Sold | 01/09/18 | K | A | |
| 89. CHDVX - Cullen High Dividend Equity Instl Fund | A | Dividend | K | T | Buy | 01/09/18 | K | | |
| 90. | B | Distribution | | | | | | | |
| 91. SGENX - First Eagle Global Fund | A | Dividend | J | T | | | | | |
| 92. | A | Distribution | | | | | | | |
| 93. (H) TWB ROLLOVER IRA - BEACON POINTE - SARATOGA VALUE | | | | | | | | | |
| 94. FDIC Insured Deposit Account - Cash | A | Interest | J | T | | | | | |
| 95. TISXX - Federated US Treasury Cash Reserves Fund | A | Interest | L | T | | | | | |
| 96. MMM common stock | | None | | | Sold | 01/18/18 | J | B | |
| 97. AAPL common stock | A | Dividend | J | T | | | | | |
| 98. ACN common stock | A | Dividend | J | T | | | | | |
| 99. BDX common stock | A | Dividend | J | T | | | | | |
| 100. BRK B common stock | A | Dividend | J | T | | | | | |
| 101. BIIB common stock | | None | J | T | | | | | |
| 102. CHRW common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/23/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CTSH common stock | A | Dividend | J | T | | | | | |
| 104. CSCO common stock | A | Dividend | J | T | Sold (part) | 02/15/18 | J | A | |
| 105. TPR common stock | | None | | | Sold | 02/06/18 | J | A | |
| 106. KO common stock | A | Dividend | J | T | | | | | |
| 107. IBM common stock | A | Dividend | J | T | Buy (add'l) | 04/04/18 | J | | |
| 108. JNJ common stock | A | Dividend | J | T | | | | | |
| 109. MDT common stock | A | Dividend | J | T | | | | | |
| 110. MSFT common stock | A | Dividend | J | T | | | | | |
| 111. NKE common stock | A | Dividend | J | T | | | | | |
| 112. NVO common stock | A | Dividend | J | T | | | | | |
| 113. OMC common stock | A | Dividend | J | T | | | | | |
| 114. ORCL common stock | A | Dividend | J | T | | | | | |
| 115. PEP common stock | A | Dividend | J | T | | | | | |
| 116. PII common stock | A | Dividend | J | T | | | | | |
| 117. PG common stock | A | Dividend | J | T | | | | | |
| 118. RBGLY common stock | A | Dividend | J | T | Buy | 04/30/18 | J | | |
| 119. SBUX common stock | A | Dividend | J | T | Buy | 06/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TSS common stock | | None | | | Sold | 01/05/18 | J | A | |
| 121. UTX common stock | A | Dividend | J | T | Buy (add'l) | 11/27/18 | J | | |
| 122. VAR common stock | A | Dividend | J | T | Sold (part) | 01/25/18 | J | A | |
| 123. WMT common stock | A | Dividend | J | T | Sold (part) | 01/05/18 | J | A | |
| 124. DIS common stock | A | Dividend | J | T | | | | | |
| 125. (H) LIFE INSURANCE POLICIES | | | | | | | | | |
| 126. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 127. Northwestern Mutual Adjustable CompLife | A | Dividend | J | T | | | | | |
| 128. Northwestern Muutal Adjustable CompLife | A | Dividend | J | T | | | | | |
| 129. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 130. Northwestern Mutual 65 Life | A | Dividend | J | T | | | | | |
| 131. (H) OFFICE CONDO | | | | | | | | | |
| 132. TBM2 Investments LLC - office condo in Tempe, AZ | F | Rent | O | W | | | | | |
| 133. (H) TBM2 PROMISSORY NOTE | | | | | | | | | |
| 134. Promissory Note from TBM2 Investments LLC | E | Interest | N | T | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 4/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions. The judge is the co-trustee of Trust #1, which is a revocable trust. The assets held in the name of Trust #1 include a brokerage account reported in Part VII, lines 62-75, the judge's personal residence, and the membership interests in TBM2 Investments LLC. The residence does not have to be reported in Part VII, and the assets of TBM2 Investments LLC are reported in Part VII, lines 135-36.

Part VII. The TDAM Municpal Portfolio and the TDAM Government Portfolio listed on lines 50, 64, 75 and 91 of the judge's 2017 Annual Report were replaced the FDIC Insured Deposit Accounts listed on lines 48, 63, 77 and 94 of this Annual Report. Beacon Pointe changed the manner in which they manage cash in investment accounts. Previously, they used money market funds managed by TD Ameritrade, which inlcuded the TDAM Municipal Portfolio and the TDAM Government Portfolio. Now, they use FDIC insured accounts. In additon, a signfiicant portion of the TDAM Municipal Portfolio on line 91 of the judge's 2017 Annual Report is now held in TISXX - Federated US Treasury Cash Reserves on line 95 of this Annaul Report, which is a different money market account. All of these accounts/money market funds simply represent different ways to hold and manage cash that has not been deployed for long-term investment.

Part VII. Office condo. The membership interests in TBM2 Investments LLC are owned equally by the judge and her spouse through Trust #1. The judge's spouse is the manager of the LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Bridget S. Bade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544